ACCEPTED
03-14-00397-CV
14388158
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/20/2016 4:09:42 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/20/2016 4:09:42 PM
JEFFREY D. KYLE
Clerk

December 20, 2016

Jeffrey D. Kyle                                                    *Via EFileTexas.gov*
Clerk of the Court
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

> Re:   03-14-00397-CV; *American Multi-Cinema, Inc. v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas*

Dear Mr. Kyle:

By this letter, Appellees/Cross-appellants Comptroller Glenn Hegar and Attorney General Ken Paxton (together, the Comptroller) notify the Court of developments bearing on the pending motion for rehearing and reconsideration en banc, filed on June 5, 2015. Please file this letter and circulate it to the Court.

On pages 9–10 of his Motion for Rehearing and for Reconsideration en Banc, and pages 7-8 of his Reply in Support of Motion for Rehearing and for Reconsideration en Banc, the Comptroller warned that the panel opinion's construction of "tangible personal property" might lead to tax-exemption claims for the "sale" of experiences such as sporting events, music concerts, art exhibitions, rodeos, and carnivals, and claims of "costs of goods sold" for the cost of providing services such as examination rooms, lawyer's offices, sporting facilities, and the like. There are now three cases pending in Travis County district courts in which taxpayers are claiming to have sold tangible personal property when patrons were provided admission to events where they had sensory experiences:

> 1.   *Dallas World Aquarium Corp. v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas and Ken Paxton, Attorney General of the State of Texas;* Cause No. D-1-GN-15-004255; 345th District Court, Travis County: Plaintiff claims that it is selling "tangible personal property" to patrons when it provides admission because the patrons sense the animals and atmosphere as they pass through the aquarium/zoo.

> 2.   *Hollywood Theaters, Inc. v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas and Ken Paxton, Attorney General of the State of Texas;* Cause No. D-1-GN-15-002935; 345th District Court, Travis County. Like AMC, plaintiff claims that it is selling "tangible personal property" by providing admission to the exhibition of movies.

3.      *Colonial Country Club v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas and Ken Paxton, Attorney General of the State of Texas*; Cause No. D-1-GN-16-005464; 201st District Court, Travis County: Plaintiff claims that it is selling "tangible personal property" when it sells spectator tickets to an annual PGA golf tournament.

Of these cases, the first two have been abated pending the outcome of this case. The third case, which was very recently filed, is currently pending.

Very truly yours,

 */s/ Cynthia A. Morales*
Cynthia A. Morales
Texas Bar No. 14417420
Assistant Attorney General
Financial Litigation and Charitable Trusts Division
Tel: (512) 475-4470
cynthia.morales@oag.texas.gov

CAM:lje

Cc:    Doug Sigel                                         *Via EFileTexas.gov*
       Ryan Law Firm, LLP

## CERTIFICATE OF SERVICE

On December 20, 2016, the foregoing document was served on Appellant/Cross-Appellee through its attorney of record, Doug Sigel via EFileTexas.gov and by email at doug.sigel@ryanlawllp.com.

 */s/ Cynthia A. Morales*
Cynthia A. Morales
Assistant Attorney General